UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the
representative of a class of similarly situated persons,

                                Plaintiff,

                         - against -

LE PALAIS DES THES LLC,

                                Defendant.
-------------------------------------------------------------X

Case No. 1:22-cv-7583-HG

**NOTICE OF SETTLEMENT**

       Now comes the Plaintiff, Angel Rodriguez, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

       1.     The parties have reached an agreement in principle and a formal settlement agreement containing the agreed-upon terms has been finalized. Once the terms have been fulfilled, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

       2.     The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

       3.     We respectfully request the Court provide that the parties may seek to reopen the matter for thirty (30) days to assure that the terms of the Agreement have been satisfied.

Dated:  Scarsdale, New York
           March 3, 2023

                                            SHAKED LAW GOUP, P.C.
                                            Attorneys for Plaintiff

                                       By: */s/Dan Shaked*_____
                                          Dan Shaked, Esq.
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com