**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the representative of a class of similarly situated persons,

                 Plaintiff,

- against -

LE PALAIS DES THES LLC,

                 Defendants.
-----------------------------------------------------------X

Case No.   1:22-cv-7583-HG

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Angel Rodriguez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Le Palais Des Thes LLC.

Dated: Scarsdale, New York
       March 7, 2023

                                         SHAKED LAW GOUP, P.C.
                                         Attorneys for Plaintiff

                               By: */s/Dan Shaked*
                                  Dan Shaked, Esq.
                                  14 Harwood Court, Suite 415
                                  Scarsdale, NY 10583
                                  Tel. (917) 373-9128
                                  e-mail: ShakedLawGroup@Gmail.com